**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HAMID RAVANSARI, derivatively on behalf of INSYS THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN N. KAPOOR, *et al.*, <br><br> Defendants, <br><br> and <br><br> INSYS THERAPEUTICS, INC., <br><br> Nominal Defendant. | Case No. 1:18-cv-07026-JPO |

**ORDER GRANTING MOTION BY**
**THE INSYS LIQUIDATION TRUST, SUCCESSOR-IN-INTEREST TO**
**INSYS THERAPEUTICS, INC., TO REALIGN AS PLAINTIFF AND**
**DISMISS THIS ACTION WITHOUT PREJUDICE**

UPON consideration of the Motion (the "Motion") of William H. Henrich, as liquidating trustee (the "Trustee") of the Insys Liquidation Trust (the "Liquidation Trust"), the successor-in-interest to Nominal Defendant Insys Therapeutics, Inc. ("Insys"), to Realign as Plaintiff and Dismiss This Action Without Prejudice, and the accompanying papers submitted in support thereof, and the Court being satisfied that good cause exists to grant the Motion;

IT IS HEREBY ORDERED that the Motion is granted in its entirety; and

IT IS FURTHER ORDERED that Nominal Defendant Insys is realigned as the plaintiff in this Action; and

       IT IS FURTHER ORDERED, that this Action is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

**The Clerk is directed to lift the stay, to close ECF No. 87, and to close this case.**

Dated:  May 23, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge